604

STATE OF NEW JERSEY v. BARRY WALKER.

February 17, 1971. Petition for certification denied.